AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Court
Southern District of Texas
FILED

JAN 2 4 2019

David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Kevin Lee GARRICK | ) | Case No. **H19-0148M** |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 23, 2019__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC Section 846, 841 (a)(1) and (b)(1)(B)(ii) | Knowingly, intentionally, and unlawfully possess with intent to distribute over 500 grams of cocaine and conspiracy to possess with the intent to distribute over 500 grams of cocaine a Schedule II controlled substance. |

This criminal complaint is based on these facts:

Attachment A

☑ Continued on the attached sheet.

*Complainant's signature*

Craig Mischler, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/24/2019

*Judge's signature*

City and state: Houston, Texas

Peter Bray, U.S. Magistrate Judge
*Printed name and title*

**Attachment "A"**

Your affiant, DEA Special Agent Craig Mischler, being duly sworn, deposes and states the following:

On January 23, 2019, at approximately 12:22 pm, DEA agents observed Kevin Lee GARRICK walk from the front of his residence at 13 Leisure Shore Court, Manvel, Texas, carrying a white bag that appeared to contain a shoebox. GARRICK placed the white bag in the rear left passenger area of a 2004 Lexus SUV bearing Texas registration LGX 6096, and boarded the driver's side of the vehicle. The vehicle then departed.

At approximately 12:39 pm, Harris County Precinct 2 Deputy Constable Art Ayala observed the Lexus SUV violate Texas state traffic laws by failing to stop at designated stop sign. Deputy Constable Ayala conducted a traffic stop of the vehicle at the corner of Orem Drive and Cullen Boulevard in Houston, Texas. As Deputy Constable Ayala approached the Lexus, the driver and the lone passenger could be observed passing something back and forth in the vehicle. The Deputy Constable made contact with both individuals and noticed a strong odor of marijuana. The Deputy Constable asked the driver, GARRICK, and the passenger, Shantreese Monai LAVALLAIS, if they had been smoking marijuana, and both replied affirmatively. Deputy Constable Ayala observed a white tape-wrapped brick consistent with illegal narcotics lying between GARRICK and LAVALLAIS on the floor of the vehicle. Deputy Constable Ayala placed both individuals in handcuffs and read them their Miranda Rights.

SA Jeff Hartsock responded to the traffic stop location, and spoke with LAVALLAIS. LAVALLAIS stated she was unaware that GARRICK was transporting narcotics. LAVALLAIS said she thought there were shoes in the box, and that when the police were stopping the Lexus, GARRICK had pulled the tape-wrapped brick out of the box and tried to place it in her purse. LAVALLAIS claimed she had no involvement with the narcotics in the vehicle.

SA Hartsock spoke to GARRICK, and asked GARRICK if he knew what the white tape-wrapped brick was, and GARRICK replied that he did. SA Hartsock asked GARRICK what type of drug it was, and GARRICK replied that it was cocaine. A further search of the Lexus yielded another smaller amount of suspected cocaine under the hood in a black plastic bag. The tape-wrapped brick from the front floor area, and the black plastic bag from under the hood were seized.

The total weight of the cocaine seized was approximately 1245 grams. AUSA Jimmy Leo was contacted and agreed to federal prosecution of GARRICK.

Criag Mischler
Special Agent
Drug Enforcement Administration

Sworn to and subscribed before me on this \_\_\_24\_\_\_ day of January 2019, and I hereby find probable cause.

Peter Bray
United States Magistrate
Southern District of Texas