**COURTROOM MINUTES:**  Clerk, U.S. District Court
The Honorable Peter Bray Presiding  Southern District of Texas
Deputy Clerk: Jason Marchand

Filed 1-24-19

Interpreter Present? ☐ Yes ☑ No   ERO _SiArrow_

David J. Bradley, Clerk

USPT/USPO _Fi Trainor_

OPEN _10:15_   ADJOURN _10:22_

☐ OTHER DISTRICT   ☐ DIVISION _____   THEIR CASE# _____

**PROCEEDING HELD:**
☑ Initial Appearance     ☐ Counsel Determination Hearing     ☐ Status Hearing
☐ Bond Hearing           ☐ Identity                          ☐ Hearing Continued on ____
☐ Detention Hearing      ☐ Preliminary Hearing               ☐ Other ____

CASE NUMBER   ☐ CR   ☑ MJ  _19-148M_   Defendant # _1_

AUSA _Jimmy Leo_

_Kevin Lee Harrell_

☑ Date of arrest _1-24-19_   ☐ Rule 5
☑ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment  ☐ Information  ☑ Complaint
Violation of ____  ☐ Supervised Release  ☐ Pretrial Release  ☐ Probation

☑ Defendant  ☐ Material Witness appeared  ☐ with  ☑ without counsel

☑ Defendant requests appointed counsel.    ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender,   ☐ Order appointing private counsel to follow.
    Federal Public Defender Present- _Fi Gallagher_
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $____
☐ Defendant advises that he will retain private counsel. ____

☐ Defendant ____ bond set   ☐ Cash  ☐ Surety  ☐ P/R  ☐ Unsecured  ☐ $____ Deposit
☐ Defendant ____ bond set   ☐ Cash  ☐ Surety  ☐ P/R  ☐ Unsecured  ☐ $____ Deposit
☐ Defendant ____ bond set   ☐ Cash  ☐ Surety  ☐ P/R  ☐ Unsecured  ☐ $____ Deposit
☐ Surety signatures required as to Defendant(s) ____ .
☐ Defendant(s) ____ advised of conditions of release
☐ BOND EXECUTED   ☐ Defendant ____ Released
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s) ____
☐ Order of Detention Pending Trial entered as to Defendant(s) ____ .
☐ Bond Continued    ☐ Bond reinstated    ☐ Bond Revoked
☑ Defendant _1_ remanded to custody  ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating ☐ District ☐ Division

Defendant ____ Waiver of ☐ Preliminary  ☐ Identity  ☐ Detention Hrg  ☐ Detention Hrg this District
☐ Court finds:  ☐ Probable Cause   ☐ Identity

☑ Defendant(s) _1_ is/are scheduled on _1/24/19_ at _2pm_ for:
    ☐ Arraignment           ☑ Counsel Determination Hearing       ☐ Identity Hearing
    ☐ Detention Hearing     ☐ Preliminary Hearing                 ☐ Final Revocation Hearing
    ☐ ____ Hearing