United States District Court
Southern District of Texas
**ENTERED**
January 24, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Case No. 4:19–mj–00148 |
| § | |
| Kevin Lee Garrick § | |

ORDER APPOINTING COUNSEL

Because the defendant has satisfied this court that he or she is financially eligible for court-appointed counsel, the court appoints the Federal Public Defender to represent the defendant.

Signed at Houston, Texas, on January 24, 2019.

_____
Peter Bray
United States Magistrate Judge