**COURTROOM MINUTES:**  
The Honorable Peter Bray Presiding  
Deputy Clerk: Jason Marchand  

Clerk, U.S. District Court  
Southern District of Texas  
Filed  
1-24-19  
David J. Bradley, Clerk  

Interpreter Present? ☐ Yes ☑ No   ERO _S. Arney_  
USPT/USPO _D. Hernandez_  

OPEN _2:05_   ADJOURN _2:07_  

☐ OTHER DISTRICT   ☐ DIVISION   THEIR CASE# _____

**PROCEEDING HELD:**  
☐ Initial Appearance   ☑ Counsel Determination Hearing   ☐ Status Hearing  
☐ Bond Hearing   ☐ Identity   ☐ Hearing Continued on _____  
☐ Detention Hearing   ☐ Preliminary Hearing   ☐ Other _____  

CASE NUMBER   ☐ CR   ☑ MJ   _19-148m_   Defendant # _1_  

AUSA _Jimmy Leo_  

_Kevin Lee Crurick_   _Phil Gallagher - for A. Ahmed_  

☐ Date of arrest _____   ☐ Rule 5  
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment   ☐ Information   ☐ Complaint  
Violation of   ☐ Supervised Release   ☐ Pretrial Release   ☐ Probation  
☑ Defendant   ☐ Material Witness appeared   ☑ with   ☐ without counsel  

☐ Defendant requests appointed counsel.   ☑ Financial Affidavit executed and sworn.  
☐ Order appointing Federal Public Defender   ☐ Order appointing private counsel to follow.  
    Federal Public Defender Present- _____  
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $_____  
☐ Defendant advises that he will retain private counsel. _____  

☐ Defendant _____ bond set   ☐ Cash   ☐ Surety   ☐ P/R   ☐ Unsecured   ☐ $_____ Deposit  
☐ Defendant _____ bond set   ☐ Cash   ☐ Surety   ☐ P/R   ☐ Unsecured   ☐ $_____ Deposit  
☐ Defendant _____ bond set   ☐ Cash   ☐ Surety   ☐ P/R   ☐ Unsecured   ☐ $_____ Deposit  
☐ Surety signatures required as to Defendant(s) _____.  
☐ Defendant(s) _____ advised of conditions of release  
☐ BOND EXECUTED   ☐ Defendant _____ Released  
☑ Order of Temporary Detention Pending Hearing entered as to Defendant(s) _____  
☐ Order of Detention Pending Trial entered as to Defendant(s) _____.  
☐ Bond Continued   ☐ Bond reinstated   ☐ Bond Revoked  
☑ Defendant _____1_____ remanded to custody   ☐ M/W remanded to custody  
☐ Defendant Ordered Removed to Originating ☐ District ☐ Division  

Defendant _____ Waiver of ☐ Preliminary   ☐ Identity   ☐ Detention Hrg   ☐ Detention Hrg this District  
☐ Court finds:   ☐ Probable Cause   ☐ Identity  
☑ Defendant(s) _____1_____ is/are scheduled on _1/28/19_ at _2 pm_ for:  
    ☐ Arraignment   ☐ Counsel Determination Hearing   ☐ Identity Hearing  
    ☑ Detention Hearing   ☑ Preliminary Hearing   ☐ Final Revocation Hearing  
    ☐ _____ Hearing