AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

United States District Court
Southern District of Texas

**ENTERED**
January 24, 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America
v.
Kevin Lee Garrick
_Defendant_

Case No. H-19-148M

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Judge Peter Bray<br>515 Rusk<br>Houston, TX 77002 | Courtroom No.: | 703 |
|---|---|---|---|
| | | Date and Time: | 1/28/19 @ 2pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 1/24/19

_Judge's signature_

Peter Bray, United States Magistrate Judge
_Printed name and title_